## DECLARATION PURSUANT TO 17 U.S.C. § 512(h)

WILLIAM GROVER ARNETT
V.
JOHN DOE

SAmc11-24

I, Jeffrey M. Rosenfeld, the undersigned, declare that:

1. I am the copyright owner or I am authorized to act on behalf of the copyright owner on matters involving the infringement of certain copyrighted works as detailed herein. This declaration is made in support of the accompanying subpoena, pursuant to 17 U.S.C. §512(h)(2)(C).

2. The purpose of the accompanying subpoena is to obtain the identity of the alleged copyright infringer who registered the domain name listed on Attachment A to the subpoena. The information obtained will be used only for the purpose of protecting the rights granted to William Grover Arnett under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California, December 22, 2011.

*[signature]*

Jeffrey M. Rosenfeld

FILED
2011 DEC 22 PM 3:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___